# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARCUS JAMAL JERRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-278

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502013CF010976.

Jacob M. Noble, Palm Beach Gardens, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J., and BOATWRIGHT, JOE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***